UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COOPER/T. SMITH STEVEDORING COMPANY, INC. and COOPER CONSOLIDATED , LLC | * * * * | CIVIL ACTION NO.<br><br>JUDGE: |
| Plaintiffs | * * | MAGISTRATE JUDGE: |
| VERSUS | * * | |
| AGRIBUSINESS UNITED NORTH AMERICA CORPORATION, *in personam*, and the M/V AEC DILIGENCE, *in rem* | * * * * | ADMIRALTY<br><br>Pursuant to Rule 9(h) of the |
| Defendants | * * | Federal Rules of Civil Procedure |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR DAMAGES**

The complainants, Cooper/T. Smith Stevedoring Company, Inc. and Cooper Consolidated, LLC (collectively, "Cooper"), file this original Complaint for Damages and, through undersigned counsel, respectfully represent as follows:

1.

Cooper is a Louisiana corporation / company with its principal offices in Baton Rouge, Louisiana, and which was at all relevant times engaged in stevedoring operations on the Mississippi River. Specific to this action, Cooper provided necessaries in the form of stevedoring services at or about Mile 179, near Darrow, Louisiana.

2.

Agribusiness United North America Corporation ("Agribusiness"), sought to be made a defendant herein, is a corporation with its principal offices, upon information and belief, in Savannah, Georgia. Specific to this action, Agribusiness is believed to have been the charterer

and/or operator of the M/V AEC DILIGENCE.

3.

The AEC DILIGENCE is a Bohemian flagged general bulk carrier (IMO No. 9249025). Specific to this action, between July 1, 2015, and July 5, 2015, Cooper provided necessaries in the form of stevedoring services to load cargo into the AEC DILIGENCE at or about Mississippi Mile Marker 179.

4.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and this Court has jurisdiction over this action pursuant to the Admiralty Extension Act, 46 U.S.C. § 30101, and 28 U.S.C. § 1333, as this is a claim that arises under the Court's admiralty and maritime jurisdiction.

5.

Cooper's stevedoring services were provided to Agribusiness and the AEC DILIGENCE in Darrow, Louisiana. This Court therefore has *in personam* jurisdiction over Agribusiness and *in rem* jurisdiction over the vessel.

6.

Between July 1, 2015, and July 5, 2015, Cooper provided necessaries in the form of stevedoring services to Agribusiness, wherein Cooper loaded cargo onboard the AEC DILIGENCE.

7.

On July 7, 2015, Cooper submitted Invoice Nos. 136537 and 136535 to Agribusiness for the stevedoring services provided, which remain unpaid. *See* Invoice No. 136537, attached hereto as Exhibit 1, and Invoice No.136535, attached hereto as Exhibit 2.

8.

As a result of Agribusiness's failure to pay, Cooper is owed United States one-hundred five thousand nine hundred dollars and sixty-eight cents (U.S. $105,900.68), plus interest, contractual attorneys' fees at a rate of twenty-five percent (25%), and any other additional amounts proven at trial and deemed appropriate by this Court.  Further, Cooper specifically reserves its right to supplement this Complaint for Damages as discovery proceeds, including its calculation of damages.

WHEREFORE, the complainants, Cooper/T. Smith Stevedoring Company, Inc. and Cooper Consolidated, LLC, pray that the defendants, Agribusiness United North America Corporation and the AEC DILIGENCE, be duly served with a certified copy of this Complaint for Damages and cited to appear and answer this lawsuit, and that after all due proceedings are had, there be judgment rendered in favor of the complainants in an amount not less than United States one-hundred five thousand nine hundred dollars and sixty-eight cents (U.S. $105,900.68), together with prejudgment and legal interest, contractual attorneys' fees at a rate of twenty-five percent (25%), all costs of these proceedings, and all other general and equitable relief that the Court deems proper.

Respectfully submitted,

*/s/ Frederick W. Swaim III*
JASON P. WAGUESPACK, T.A. (LA #21123)
FREDERICK W. SWAIM III (LA #28242)
ANDREW S RESPESS (LA #36642)
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456
**Counsel for Cooper/T. Smith Stevedoring Company, Inc. and Cooper Consolidated, LLC**